OF THE STATE OF NEW YORK, on Complaint of S. REID SPENCER v. JOHN S. SUMNER and Others.— Motion to dismiss appeal granted. Brief for appellant filed upon said appeal stricken from the files as scandalous. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

THE PEOPLE OF THE STATE OF NEW YORK v. S. REID SPENCER. THE PEOPLE OF THE STATE OF NEW YORK, on Complaint of S. REID SPENCER v. JOHN S SUMNER and Others.— Motion to dismiss appeal granted. Brief for appellant filed upon said appeal stricken from the files as scandalous. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

THE PEOPLE OF THE STATE OF NEW YORK v. S. REID SPENCER.— Motion to dismiss appeal granted. Brief for appellant filed upon said appeal stricken from the files as scandalous. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

THE PEOPLE OF THE STATE OF NEW YORK v. NICHOLAS S. THOMAS and Others, on Complaint of S. REID SPENCER.— Motion to dismiss appeal granted. Brief for appellant filed upon said appeal stricken from the files as scandalous. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

THE PEOPLE OF THE STATE OF NEW YORK v. JAMES R. STUART.— Motion to dismiss appeal granted. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

THE PEOPLE OF THE STATE OF NEW YORK v. BERNARD FREUND.— Motion to dismiss appeal granted. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

NEW YORK WATCH MATERIAL SUPPLY CO., INC., v. FIDELITY-PHENIX FIRE INSURANCE COMPANY OF NEW YORK and Others.— Motion to dismiss appeal denied on condition that the appeal be ready and noticed for argument not later than May 23, 1927. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

JENNIE BLOCH FELSENHELD v. SAMUEL S. BLOCH and Others, and EMANUEL FELSENHELD.— Motion to dismiss appeal granted, with ten dollars costs. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

JENNIE BLOCH FELSENHELD v. SAMUEL S. BLOCH and Others, and EMANUEL FELSENHELD.— Motion to dismiss appeal granted, with ten dollars costs. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

NATHAN BREGSTONE v. "JANE" ARFFMANN, First Name "Jane" Being Fictitious, etc.— Application denied, with ten dollars costs, and stay vacated. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

FRANK B. KURTZ v. GREENHUT ELECTRICAL SUPPLY CO., INC.— Application denied, with ten dollars costs, and stay vacated. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

DUNCAN R. BUCKHAM v. JAMES F. HASBROUCK and Another.— Application denied, with ten dollars costs. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

ANDREW ANDERSON v. HAY FOUNDRY AND IRON WORKS and Another.— Motion for leave to appeal to Court of Appeals denied, with ten dollars costs. Motion for stay granted upon defendant Hay Foundry and Iron Works filing undertaking required by section 593 of Civil Practice Act. Present — Dowling, P. J., Finch, McAvoy, O'Malley and Proskauer, JJ.